**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:08-cr-072 |
| Constance Rae Black, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The Defendant is currently housed at a halfway house on the Spirit Lake Indian Reservation and is scheduled to surrender to the United States Marshal in Grand Forks, North Dakota in May. See Docket No. 28. The Court has been made aware that the Defendant has been arrested by the Spirit Lake Tribal Police and will be charged and released. The Probation Office fears that the Defendant will abscond once she is released by the Tribal Police. The Court **ORDERS** that an arrest warrant be issued for the Defendant.

**IT IS SO ORDERED**.

Dated this 27th day of March, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court